STEVEN G. KALAR
Federal Public Defender
Northern District of California
VARELL FULLER
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant TORRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON TORRY,<br><br>Defendant. | Case No.: CR 19–00097 BLF<br><br>**APPLICATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** |

[PROPOSED] <u>ORDER</u>

GOOD CAUSE APPEARING, upon the request of defendant Ramon Torry, it is hereby ordered that Exhibit A to Defendant's Sentencing Memorandum (Dr. Datta's Psychological Evaluation Report) be filed Under Seal.

IT IS SO ORDERED.

Dated: Sept 18, 2019

HONORABLE BETH L. FREEMAN
United States District Judge

FILED
SEP 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE