# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON TORRY,<br><br>Defendant. | Case No. 19-cr-00097-BLF-1<br><br>**ORDER RE LETTER WITH REQUEST TO BE FILED UNDER SEALED** |

On October 7, 2019, the Court received a letter from counsel representing an individual that is not a party to this case, requesting that Defendant Ramon Torry's sentencing submission be withdrawn from the public docket and that a redacted version be filed. The Court hereby ORDERS that this letter be filed under seal on the docket.

**IT IS SO ORDERED.**

Dated: Oct 10, 2019

BETH LABSON FREEMAN
United States District Judge